RUTH F. DIXON v. RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY.

June 9, 1987.

Leave to appeal granted. (See 215 *N.J.Super.* 333)